Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 15−14161−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nicolas A Cifuentes
   8508 Kennedy Blvd., Apt #D−1
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−1209

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/29/16.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 30, 2016
JJW: rah

                        James J. Waldron
                        Clerk

```
United States Bankruptcy Court
        District of New Jersey
```

In re:                                                                  Case No. 15-14161-RG
Nicolas A Cifuentes                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2              User: admin                  Page 1 of 3                  Date Rcvd: Aug 30, 2016
                                  Form ID: 148                 Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2016.
```
db            +Nicolas A Cifuentes,   8508 Kennedy Blvd., Apt #D-1,   North Bergen, NJ 07047-4376
515393440     +8508 Kennedy Boulevard Condominium Association,    c/o Ehrlich, Petriello, Gudin & Plaza,
               60 Park Place, Suite 1016,   Newark, New Jersey 07102-5504
515393437     +8608 Kennedy Boulevard Condominium Association,    c/o Erhlich, Petriello, Gudin & Plaza,
               60 Park Place, Suite 1016,   Newark, New Jersey 07102-5504
515375683     +Amex Dsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
515375684     +Aspire,   Pob 105555,   Atlanta, GA 30348-5555
515375689     +Bby/cbna,   50 Northwest Point Road,   Elk Grove Village, IL 60007-1032
515375723     +Carmen Rendon,   32 50th Street, Apt 2,   Weehawken, NJ 07086-7233
515375697     +Cervelli Management Corp.,   One Marine Plaza Suite 304,   North Bergen, NJ 07047-6234
515375707     +DSRM National Bank/Diamond Shamrock/Vale,   Po Box 631,   Amarillo, TX 79105-0631
515402931     +Department Stores National Bank For Macys American,   Bankruptcy Processing,   Po Box 8053,
               Mason, OH 45040-8053
515402930     +Department Stores National Bank For Macys Branded,   Bankruptcy Processing,   Po Box 8053,
               Mason, OH 45040-8053
515375708     +Ehrlich, Petriello, Gudin & Plaza,   60 Park Place Suite 1016,   Newark, NJ 07102-5504
515531246      JPMorgan Chase Bank, N.A.,   National Bankruptcy Department,   P.O. BOX 901032,
               Ft. Worth, TX 76101-2032
515375720     +Jefferson Loan Co Inc,   Po Box 215,   Paramus, NJ 07653-0215
515375721     +Mabt - Genesis Retail,   15220 Nw Greenbrier Pkwy,   Beaverton, OR 97006-5762
516040429     +Specialized Loan Servicing LLC,   8742 Lucent Blvd Suite 300,   Highlands Ranch, CO 80129-2386
516040430     +Specialized Loan Servicing LLC,   8742 Lucent Blvd Suite 300,   Highlands Ranch, CO 80129,
               Specialized Loan Servicing LLC,   8742 Lucent Blvd Suite 300,   Highlands Ranch, CO 80129-2386
515568374      THE BANK OF NEW YORK MELLON, et al,   C/O Bank of America, N.A.,   P.O. Box 660933,
               Dallas, TX 75266-0933
515375732     +Weisfield Jewelers/Sterling Jewelers Inc,   Attn: Bankruptcy,   Po Box 1799,
               Akron, OH 44309-1799
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2016 23:25:08     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2016 23:25:04      United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
515375686     +EDI: BANKAMER.COM Aug 30 2016 23:04:00      Bank of America,
               Attn: Correspondence Unit/CA6-919-02-41,   Po Box 5170,   Simi Valley, CA 93062-5170
515375687     +EDI: TSYS2.COM Aug 30 2016 23:04:00      Barclays Bank Delaware,   Attn: Bankruptcy,
               P.O. Box 8801,   Wilmington, DE 19899-8801
515375690      EDI: CAPITALONE.COM Aug 30 2016 23:04:00      CAP 1 Bank,   PO Box 85015,   Richmond, VA 23285
515375701      EDI: CITICORP.COM Aug 30 2016 23:04:00      Citibank Usa,
               Citicorp Credit Services/Attn:Centralize,   Po Box 20507,   Kansas City, MO 64195
515375691     +EDI: CAPITALONE.COM Aug 30 2016 23:04:00      Cap One,   Po Box 30253,
               Salt Lake City, UT 84130-0253
515375693     +EDI: CAPITALONE.COM Aug 30 2016 23:04:00      Cap1/bstby,   Po Box 30253,
               Salt Lake City, UT 84130-0253
515375694     +EDI: CAPITALONE.COM Aug 30 2016 23:04:00      Capital 1 Bank,   Attn: General Correspondence,
               Po Box 30285,   Salt Lake City, UT 84130-0285
515577995     +EDI: BASSASSOC.COM Aug 30 2016 23:06:00      Cavalry SPV I, LLC,   c/o Bass & Associates, P.C.,
               3936 E. Ft. Lowell Suite 200,   Tucson, AZ 85712-1083
515510611     +E-mail/Text: bankruptcy@cavps.com Aug 30 2016 23:25:27     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
515375698     +EDI: CHASE.COM Aug 30 2016 23:04:00      Chase,   Po Box 15298,   Wilmington, DE 19850-5298
515375699     +EDI: CAUT.COM Aug 30 2016 23:03:00      Chase Auto,   Attn:National Bankruptcy Dept,
               Po Box 29505,   Phoenix, AZ 85038-9505
515375702     +EDI: WFNNB.COM Aug 30 2016 23:04:00      Comenity Bank/vctrssec,   Po Box 182789,
               Columbus, OH 43218-2789
515375703     +EDI: CRFRSTNA.COM Aug 30 2016 23:03:00      Credit First/CFNA,   Bk13 Credit Operations,
               Po Box 818011,   Cleveland, OH 44181-8011
515375704     +EDI: RCSFNBMARIN.COM Aug 30 2016 23:04:00      Credit One Bank,   Po Box 98873,
               Las Vegas, NV 89193-8873
515402932     +EDI: TSYS2.COM Aug 30 2016 23:04:00      Department Stores National Bank For Bloomingdales,
               Bankruptcy Processing,   Po Box 8053,   Mason, OH 45040-8053
515375705     +EDI: TSYS2.COM Aug 30 2016 23:04:00      Dsnb Bloomingdales,   Macy's Bankruptcy Dept.,
               Po Box 8053,   Mason, OH 45040-8053
515375706     +EDI: TSYS2.COM Aug 30 2016 23:04:00      Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
515375709     +EDI: RMSC.COM Aug 30 2016 23:04:00      GECRB/Banana Republic,   Attn: Bankruptcy,
               Po Box 103104,   Roswell, GA 30076-9104
515375710     +EDI: RMSC.COM Aug 30 2016 23:04:00      GECRB/JC Penny,   Attention: Bankruptcy,
               Po Box 103104,   Roswell, GA 30076-9104
515375711     +EDI: RMSC.COM Aug 30 2016 23:04:00      GECRB/Lowes,   Attention: Bankruptcy Department,
               Po Box 103104,   Roswell, GA 30076-9104
515375713     +EDI: RMSC.COM Aug 30 2016 23:04:00      GECRB/PC Richard,   Attn: Bankruptcy,   Po Box 103104,
               Roswell, GA 30076-9104
515375715     +EDI: RMSC.COM Aug 30 2016 23:04:00      Gemb/walmart,   Attn: Bankruptcy,   Po Box 103104,
               Roswell, GA 30076-9104
```

```
District/off: 0312-2          User: admin               Page 2 of 3              Date Rcvd: Aug 30, 2016
                              Form ID: 148              Total Noticed: 63


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515375716     +EDI: HFC.COM Aug 30 2016 23:04:00      Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
515375722     +EDI: MERRICKBANK.COM Aug 30 2016 23:03:00      Merrick Bk,    Attn: Bankruptcy,   P.O. Box 9201,
               Old Bethpage, NY 11804-9001
515616029      EDI: PRA.COM Aug 30 2016 23:03:00      Portfolio Recovery Associates, LLC,    c/o Best Buy,
               POB 41067,    Norfolk VA 23541
515615889      EDI: PRA.COM Aug 30 2016 23:03:00      Portfolio Recovery Associates, LLC,
               c/o Home Design Furniture,    POB 41067,    Norfolk VA 23541
515615307      EDI: PRA.COM Aug 30 2016 23:03:00      Portfolio Recovery Associates, LLC,    c/o Banana Republic,
               POB 41067,    Norfolk VA 23541
515615885      EDI: PRA.COM Aug 30 2016 23:03:00      Portfolio Recovery Associates, LLC,    c/o Lowes,
               POB 41067,    Norfolk VA 23541
515619907      EDI: PRA.COM Aug 30 2016 23:03:00      Portfolio Recovery Associates, LLC,
               c/o Sears Gold Mastercard,    POB 41067,    Norfolk VA 23541
515619837      EDI: PRA.COM Aug 30 2016 23:03:00      Portfolio Recovery Associates, LLC,
               c/o TJX Rewards Platinum Mastercard,    POB 41067,    Norfolk VA 23541
515432130      EDI: Q3G.COM Aug 30 2016 23:05:00      Quantum3 Group LLC as agent for,    Comenity Bank,
               PO Box 788,    Kirkland, WA 98083-0788
515495238      EDI: Q3G.COM Aug 30 2016 23:05:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
               PO Box 788,    Kirkland, WA 98083-0788
515394502      EDI: Q3G.COM Aug 30 2016 23:05:00      Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,
               PO Box 788,    Kirkland, WA 98083-0788
515390121      EDI: DRIV.COM Aug 30 2016 23:05:00      Santander Consumer USA Inc.,    P. O. Box 560284,
               Dallas TX 75356-0284
515375724     +EDI: DRIV.COM Aug 30 2016 23:05:00      Santander Consumer Usa,    Po Box 961245,
               Ft Worth, TX 76161-0244
515375725     +EDI: SEARS.COM Aug 30 2016 23:04:00      Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
515375726     +EDI: RMSC.COM Aug 30 2016 23:04:00      Syncb/home Design Furn,    C/o Po Box 965036,
               Orlando, FL 32896-0001
515375727     +EDI: RMSC.COM Aug 30 2016 23:04:00      Syncb/mega Group Usa I,    C/o Po Box 965036,
               Orlando, FL 32896-0001
515375728     +EDI: RMSC.COM Aug 30 2016 23:04:00      Syncb/sync Bank Luxury,    C/o P.o. Box 965036,
               Orlando, FL 32896-0001
515375729     +EDI: RMSC.COM Aug 30 2016 23:04:00      Syncb/tjx Cos Dc,    Po Box 965015,
               Orlando, FL 32896-5015
515375730     +EDI: RMSC.COM Aug 30 2016 23:04:00      Syncb/toysrus,    Po Box 965005,    Orlando, FL 32896-5005
515375731      EDI: WTRRNBANK.COM Aug 30 2016 23:04:00      Tnb - Target,    C/o Target Credit Services,
               Minneapolis, MN 55440
                                                                                              TOTAL: 44

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515375685*    +Aspire,    Pob 105555,    Atlanta, GA 30348-5555
515375688*    +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
515375692*    +Cap One,    Po Box 30253,    Salt Lake City, UT 84130-0253
515375695*    +Capital 1 Bank,    Attn: General Correspondence,    Po Box 30285,
               Salt Lake City, UT 84130-0285
515375696*    +Capital 1 Bank,    Attn: General Correspondence,    Po Box 30285,
               Salt Lake City, UT 84130-0285
515375700*    +Chase Auto,    Attn:National Bankruptcy Dept,    Po Box 29505,    Phoenix, AZ 85038-9505
515375712*    +GECRB/Lowes,    Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
515375714*    +GECRB/PC Richard,    Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
515375717*    +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
515375718*    +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
515375719*    +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
                                                                                   TOTALS: 0, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2016                                   Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 3 of 3            Date Rcvd: Aug 30, 2016
                              Form ID: 148             Total Noticed: 63
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2016 at the address(es) listed below:

```
          Alexandra T. Garcia    on behalf of Creditor   Quantum3 Group LLC as agent for Sterling Jewelers,
           Inc dba Kay Jewelers NJECFMAIL@mwc-law.com
          Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
           jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Russell L. Low    on behalf of Debtor Nicolas A Cifuentes rbear611@aol.com,  lowlaw505@gmail.com
                                                                                             TOTAL: 4
```